# United States Court of Appeals
## For the First Circuit

Nos. 00-1610, 02-2047

SENAIT FESSEHA,

Petitioner,

v.

JOHN ASHCROFT, ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on June 16, 2003 is amended as follows:

At page 5, line 9, add the following sentence to the end of the paragraph: "The IJ granted Fesseha voluntary departure for a thirty-day period."

At page 5, line 11, between "IJ" and "." insert the following: "and reinstated the voluntary departure period"

At page 14, line 6, between "BIA" and "." insert the following: "and reinstate the voluntary departure period"